IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
NOV 2 3 2010
11-23-2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States of America ex rel.

Johnaghan T. Pinney M15216
(Full name and prison number)
(Include name under which convicted)

PETITIONER

vs.  NEDRA R. CHANDLER
DIXON; I.DO.C.; Prisoner Review Board
(Warden) Superintendent, or authorized
person having custody of petitioner)

RESPONDENT, and

**(Fill in the following blank only if judgment attacked imposes a sentence to commence in the future)**

ATTORNEY GENERAL OF THE STATE OF

ILLINOIS
(State where judgment entered)

10 C 7535
Judge Rebecca R. Pallmeyer
Magistrate Judge Young B. Kim

Case Number of State Court Conviction:

2006-CF-39

## PETITION FOR WRIT OF HABEAS CORPUS – PERSON IN STATE CUSTODY

1. Name and location of court where conviction entered: 13th Circuit Court of Illinois Ottawa, La Salle County, 707 Etna Rd.; Ottawa, IL. 61350

2. Date of judgment of conviction: Re Sentenced July 15, 2010

3. Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known)
Aggravated battery; Criminal Trespass on State property / Real property

4. Sentence(s) imposed: 4 1/2 years Imprisonment 1 year MSR (Increased to 2 years MSR by IDOC)

5. What was your plea? (Check one)
   (A) Not guilty    (✓)
   (B) Guilty        ( )
   (C) Nolo contendere ( )

If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details:
Diserderly conduct (Revokation hearing) forced representation by former prosecutor Evidence Tape of conspiracy to make the false complaint recorded on micro cassette Illegaly suppressed/denied/stolen

Revised: 7/20/05

**PART I – TRIAL AND DIRECT REVIEW**    Agg. bat    conditional Release Revokation

1. Kind of trial: (Check one):   Jury (original)   Judge only (on re confinement)
2. Did you testify at trial?   YES (✓)   NO ( )
3. Did you appeal from the conviction or the sentence imposed? YES (✓) NO ( )

    (A) If you appealed, give the

    (1) Name of court: 3rd Judicial district Appelate Court
    (2) Result: Pending
    (3) Date of ruling: N/A
    (4) Issues raised: N/A ( Public defender [Appelate] Advised of 720 ILCS 5/4-1 voulentary act as element as well as case laws of People v. Holtzman & People v. Duda; burden not met)

    (B) If you did not appeal, explain briefly why not:
    Agg. battery denied full review by Appellate court, Pro-se and Homeless peer combination for resources and ability to file documents necessary

4. Did you appeal, or seek leave to appeal, to the highest state court? YES ( ) NO (✓)

    (A) If yes, give the

    (1) Result: _____
    (2) Date of ruling: _____
    (3) Issues raised: _____

    (B) If no, why not: Appelate still pending

5. Did you petition the United States Supreme Court for a writ of *certiorari*? Yes ( ) No (✓)

    If yes, give (A) date of petition: _____ (B) date *certiorari* was denied: _____

## PART II – COLLATERAL PROCEEDINGS

1. With respect to this conviction or sentence, have you filed a post-conviction petition in state court?
   YES (✓)   NO ( )

   With respect to *each* post-conviction petition give the following information (use additional sheets if necessary):

   A. Name of court: 13th Circuit Court
   B. Date of filing: unknown
   C. Issues raised: Incomplete coverage of allegation (not criminal trespassing when not depriving use of state property); Improper review; burden not met
   D. Did you receive an evidentiary hearing on your petition?   YES (✓)   NO ( )
   E. What was the court's ruling? Not new Issue – Denied
   F. Date of court's ruling: 8/27/10
   G. Did you appeal from the ruling on your petition?   YES (✓)   NO ( )
   H. (a)  If yes, (1) what was the result? Pending
            (2) date of decision: ~~[illegible]~~

      (b)  If no, explain briefly why not: _____

   I. Did you appeal, or seek leave to appeal this decision to the highest state court?
      YES ( )   NO (✓)

      (a)  If yes, (1) what was the result? _____
            (2) date of decision: _____

      (b)  If no, explain briefly why not: Matter pending in appelate court

3                                                                Revised: 7/20/05

2. With respect to this conviction or sentence, have you filed a petition in a **state court** using any other form of post-conviction procedure, such as *coram nobis* or habeas corpus?   YES ( )   NO (✓)

    A. If yes, give the following information with respect to each proceeding (use separate sheets if necessary):

        1. Nature of proceeding   _____

        2. Date petition filed   _____

        3. Ruling on the petition   _____

        4. Date of ruling   _____

        5. If you appealed, what was the ruling on appeal?   _____

        6. Date of ruling on appeal   _____

        7. If there was a further appeal, what was the ruling?   _____

        8. Date of ruling on appeal   _____

3. With respect to this conviction or sentence, have you filed a previous petition for habeas corpus in **federal court**?   YES ( )   NO (✓)

    A. If yes, give name of court, case title and case number: _____

    B. Did the court rule on your petition? If so, state

        (1) Ruling:   _____

        (2) Date:   _____

4. With respect to this conviction or sentence, are there legal proceedings pending in any court, other than this petition?   YES (✓)   NO ( )

    If yes, explain: Pending Appeal in 3rd district Appellate court of ILLINOIS; Petition to sue/defend filed in federal court with this petition in relation to the above case

**PART III – PETITIONER'S CLAIMS**

1. State briefly every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. You may attach additional pages stating additional grounds and supporting facts. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds later.

BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR STATE COURT REMEDIES WITH RESPECT TO EACH GROUND FOR RELIEF ASSERTED.

(A) Ground one  Original charge Illegaly had

Supporting facts (tell your story briefly without citing cases or law):

Officer was not acting within scope of legal duty to deprive religious practice, nor unlawful forcing of controlled substance; Nor is rending a forearm accross the teeth of an individual an authorised restraint tactic; Entrapment legal defense not instructed to jury despite obvious facts raised in court instruction was denied; case law on OTT 37 clearly I was not Pre disposed to bite a police officer while in my hospital bedroom, not to mention the act of Torture in violation of Title 18 of the federal criminal code 113 C Torture § 2340 (B); not to mention Nuremberg defense.

(B) Ground two  It is not a crime to be homeless

Supporting facts:

Court ruled violation of conditional release "by commission of crime", being that I was living underneath a bridge that crossed a river off in the country, claimed to be criminal tresspassing of state supported land/real property in violation of People v. Holtzman App. 4 dist. 1973, 10 Ill.App.3d 528, 294 N.E.2d 708; As well as: People v. Duda App. 4 Dist. 1980, 37 Ill. Dec. 817, 82 Ill.App.3d 525, 402 N.E.2d 819 affirmed 50 Ill. Dec. 641, 84 Ill.2d 406, 419 N.E.2d 909; As well as various Federal rulings that Vagrancy Statutes violate ones 14th Ammendment rights (which this was being used to emulate such)

5                                                                                          Revised: 7/20/05

(C) Ground three  Re Sentenced Period Expired
Supporting facts:

I was Sentenced to 4 1/2 years incarceration, standard "Day for Day" good time calculation applicable to 982 days (at sentencing) searved. 7 days later I was released from IDOC's Stateville and ordered to enter a shelter in west side Chicago and there searve an extra 2 years parole (Mandatory Supervised Release); while I was sentenced under a class 3 felony only 1 year MSR is allowed, but the 33 months already searved, doubled accounts 5 1/2 years served, my sentence has expired. see 730 ILCS 5/3-3-10 (also 730 ILCS 5/3-3-3).

(D) Ground four  State law / Rights Denied
Supporting facts:

730 ILCS 5/3-3-4 guarantees persons "eligible" for release are entitled to furlough release under 730 ILCS 5/3-11-1 (a)(4) directly indicates to secure residence upon release on parole or discharge, which right was denied to myself and process to "violate" M.S.R. (which under 730 ILCS 5/3-14-2 indicates was an unlawful custodial possition beyond the authorised sentence)

2. Have all grounds raised in this petition been presented to the highest court having jurisdiction?
   YES ( )   NO (✓)

3. If you answered "NO" to question (2), state briefly what grounds were not so presented and why not:
Criminal complaint never addressed in State Court (though filed); Fed. Ct. holds primary Jurisd; Original charge's appeal was cut short, New appeal pending of Tresspassing allegation, P.R.B. warrant Not legal process, still underway

**PART IV – REPRESENTATION**

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(A) At preliminary hearing  Not given

(B) At arraignment and plea  Mathew Kidder (Now-officialy-States Attorney)

(C) At trial  Pro-Se

(D) At sentencing  Pro-Se

(E) On appeal  Robert Agostinelli via Jay Wiegman

(F) In any post-conviction proceeding  Pro-Se

(G) Other (says): "fittness trials" Crescogni, Jim Reilly; 3/18/10 Michael Olewinski (my former prosecutor from 2/16/06) Petition to Revoke

**PART V – FUTURE SENTENCE**   3/18/10 & 4/1/10

Do you have any future sentence to serve following the sentence imposed by this conviction?

YES (✓)  NO (✓)   Current

Name and location of the court which imposed the sentence:  13th Circuit Lasalle County Ottawa, IL

Date and length of sentence to be served in the future  4½ years time served 982 X2 day for day good conduct credit

WHEREFORE, petitioner prays that the court grant petitioner all relief to which he may be entitled in this proceeding.

Signed on:  11/1/10
(Date)

Signature of attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of petitioner)

M15216
(I.D. Number)

3507 E. 27th Rd.; Marseilles, IL 61341
(Address)

Dixon correcsional Center
2600 N. Brinton Ave.
Dixon, IL 61021

7                                                                              Revised: 7/20/05